UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br><br>Debtor. | |
| IRVING H. PICARD,<br>Trustee for the Liquidation of Bernard L.<br>Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>-against-<br><br>MALCOM H. SAGE and LYNNE<br>FLORIO,<br><br>Defendants. | **ORDER**<br><br>25 Civ. 8627 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

On November 6, 2025, pro se Defendants Malcom H. Sage and Lynne Florio filed a Notice of Irregular Docketing and Motion to Strike Improper Filings "to bring to the Court's attention a significant docketing irregularity and to request administrative correction of the record." (Notice of Irregular Docketing (Dkt. No. 7) at 2 (emphasis in original))[1] Defendants say that "the Clerk of Court inadvertently re-docketed" an October 8, 2025 motion to withdraw the bankruptcy reference in Picard v. Sage Associates, 20 Civ. 10057 (DLC) on the docket of the instant case, 25 Civ. 8627 (PGG). (Id. at 2 (emphasis in original))

---

[1] Unless otherwise indicated, docket references are to the docket in 25 Civ. 8627.

Defendants ask this Court to (1) "[c]onfirm that [its] October 21[, 2025] Order disposed of the only properly filed motion to withdraw the reference[,]" submitted on June 7, 2023 in Picard v. Sage and Florio, 23 Civ. 4785 (PGG); (2) "strike or administratively terminate the inadvertently re-docketed [October 8, 2025] motion" to withdraw the bankruptcy reference in the instant case (25 Civ. 8627); and (3) "direct the Clerk [of Court] to note that the docket in [25 Civ. 8627 (PGG)] was opened in error and should be closed for administrative purposes." (Id. at 3)

As discussed below, Defendants' June 7, 2023 motion to withdraw the reference filed in Picard v. Sage and Florio, 23 Civ. 4785 (PGG) was later withdrawn by the Defendants, and that case is now closed. (See 23 Civ. 4785, Oct. 21, 2025 Order (Dkt. No. 16); 23 Civ. 4785, Oct. 21, 2025 Min. Entry)

For the reasons stated below, Defendants' request to terminate the re-docketed motion to withdraw the reference and close the instant case (25 Civ. 8627) will be granted.

## PROCEDURAL HISTORY

This case stems from the liquidation of Bernard Madoff's investment fund, Bernard L. Madoff Investment Securities LLC (BLMIS), and the Chapter 7 Estate of Bernard L. Madoff. (23 Civ. 4785, Mot. to Withdraw Bankruptcy Reference (Dkt. No. 1) at 1)

On April 19, 2023, Plaintiff Irving Picard – the Bankruptcy Trustee for the liquidation of BLMIS – initiated an adversary proceeding against Defendants Sage and Florio to "recover subsequent transfers of fictious profits that were stolen by BLMIS as part of the Ponzi scheme perpetrated by [Bernie] Madoff and others." Sec. Inv. Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC, 654 B.R. 59, 64-65 (Bankr. S.D.N.Y. 2023).

2

On June 7, 2023, in Picard v. Sage and Florio, 23 Civ. 4785 (PGG), Defendants moved to withdraw the bankruptcy reference in connection with that adversary proceeding. (23 Civ. 4785, Mot. to Withdraw Bankruptcy Reference (Dkt. No. 1) at 1)

On October 8, 2025, Defendants Sage and Florio moved to withdraw the bankruptcy reference in Picard v. Sage Associates, 20 Civ. 10057 (DLC), a related case assigned to Judge Cote. (Notice of Irregular Docketing (Dkt. No. 7) at 2; see also 20 Civ. 10057, Mot. to Withdraw Bankruptcy Reference (Dkt. No. 150))

In an October 15, 2025 letter, Sage and Florio "respectfully advise[d] [this Court] that the motion to withdraw the reference filed in June 2023 ha[d] become moot following the conclusion of the related appeal and the withdrawal of prior counsel." (23 Civ. 4785, Oct. 15, 2025 Def. Ltr. (Dkt. No. 15))

On October 16, 2025, Judge Cote denied without prejudice the motion to withdraw the reference filed in Picard v. Sage Associates, 20 Civ. 10057 (DLC). (20 Civ. 10057, Oct. 16, 2025 Order (Dkt. No. 156))

On October 17, 2025, the October 8, 2025 motion to withdraw the reference filed in Picard v. Sage Associates, 20 Civ. 10057 (DLC) was re-docketed, creating the instant case (25 Civ. 8627 (PGG)). (Mot. to Withdraw the Bankruptcy Reference (Dkt. No. 1))

In an October 21, 2025 order, this Court addressed Defendants' October 15, 2025 letter in 23 Civ. 4785 (PGG) advising the Court that their June 7, 2023 motion to withdraw the reference "ha[d] become moot":

> The Court understands Defendants to be withdrawing – on mootness grounds – their motion to withdraw the reference. That application to withdraw the motion on mootness grounds is granted. The Clerk of Court is directed to terminate the motion (Dkt. No. 1).

3

(23 Civ. 4785, Oct. 21, 2025 Order (Dkt. No. 16))  Given Defendants' application to withdraw their motion to withdraw the reference on mootness grounds, the Clerk of Court closed 23 Civ. 4785 (PGG).  (23 Civ. 4785, Oct. 21, 2025 Min. Entry)

On November 6, 2025, Defendants filed the instant "Notice of Irregular Docketing" in 25 Civ. 8627 (PGG).   (Notice of Irregular Docketing (Dkt. No. 7))

## **DISCUSSION**

In their November 6, 2025 application, Defendants seek (1) confirmation that their June 7, 2023 motion to withdraw the bankruptcy reference in 23 Civ. 4785 has been terminated; (2) termination of the October 8, 2025 motion to withdraw the reference pending in 25 Civ. 8627; and (3) an order directing that the instant case – Picard v. Sage and Florio, 25 Civ. 8627 (PGG) – be closed.

This Court confirms that no motion to withdraw the reference is pending in 23 Civ. 4785 (PGG).  As discussed above, 23 Civ. 4785 was closed after Defendants' October 15, 2025 letter to "withdraw[] – on mootness grounds – [their June 7, 2023] motion to withdraw the reference." (23 Civ. 4785, Oct. 21, 2025 Order (Dkt. No. 16); Oct. 21, 2025 Min. Entry)

The Defendants also seek to terminate the motion to withdraw the reference pending in 25 Civ. 8627 (PGG).  The motion to withdraw the reference currently pending in 25 Civ. 8627 is the same four-page motion filed in Judge Cote's case (20 Civ. 10057), and that motion has already been denied by Judge Cote.  (See 20 Civ. 10057, Mot. to Withdraw the Reference (Dkt. No. 150); Oct. 16, 2025 Order (Dkt. No. 156))  Accordingly, the Clerk of Court is directed to terminate the motion to withdraw the bankruptcy reference pending in 25 Civ. 8627

4

(PGG) (Dkt. No. 1), and is further directed to close this case.

Dated: New York, New York
      December 24, 2025

                SO ORDERED.

                Paul G. Gardephe
                United States District Judge

5